UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON, )
)
)
)
Plaintiff, )
)
v. )            Civ. A. No. 21-1359 (JEB)
)
U.S. DEPARTMENT OF THE TREASURY, )
)
Defendant. )
)

**JOINT STIPULATION OF DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Citizens for

Responsibility and Ethics in Washington and Defendant U.S. Department of the Treasury

stipulate to dismissal of this action, with each party to bear its own costs and attorneys' fees.

Dated:  August 19, 2022
             Washington, DC                         Respectfully submitted,

 /s/ Nikhel S. Sus                                  MATTHEW M. GRAVES, D.C. Bar. #481052
Nikhel S. Sus                                       United States Attorney
(D.C. Bar No. 1017937)
CITIZENS FOR RESPONSIBILITY             BRIAN P. HUDAK
AND ETHICS IN WASHINGTON                Chief, Civil Division
1331 F Street NW, Suite 900
Washington, D.C. 20004                  By:            /s/ Daniel P. Schaefer
Telephone: (202) 408-5565                       DANIEL P. SCHAEFER, D.C. Bar # 996871
Fax: (202) 588-5020                             Assistant United States Attorney
nsus@citizensforethics.org                      601 D Street, NW
                                                Washington, DC 20530
                                                (202) 252-2531
*Counsel for Plaintiff*                         Daniel.Schaefer@usdoj.gov

                                                *Counsel for Defendant*